IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)               4:07CR3027<br>v. )<br>)<br>LESHAWN COREY ROGERS, )<br>)       MEMORANDUM AND ORDER<br>Defendant. )<br>) | |

I have now received a psychological evaluation of the defendant. After considering the report, together with the previous evaluation reports on the defendant and the pretrial services report, I conclude that the release of the defendant poses significant risks to the safety of the community. In addition, now that the defendant's plea has been accepted, 18 U.S.C. 3143 requires he be detained, in the absence of extraordinary circumstances not present in this case.

IT THEREFORE HEREBY IS ORDERED,

The defendant's oral motion for release, made during the plea hearing on May 29, 2007, is denied.

DATED this 18th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge