IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3027 |
| | ) | |
| V. | ) | |
| | ) | |
| LESHAWN COREY ROGERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon notification that Magistrate Judge Zwart has scheduled a hearing on the defendant's motion for temporary furlough (filing 66),

IT IS ORDERED that the undersigned's order dated June 9, 2011 (filing 68) is withdrawn and the motion (filing 66) is referred to Magistrate Judge Zwart.

DATED this 9th day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge