IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3027 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LESHAWN COREY ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to review detention, (filing no. 94), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> The defendant is released to reside at The Stephen Center, Omaha, Nebraska and participate in that facility's HERO program. The defendant shall fully comply with the requirements of his treatment plan and all rules of The Stephen Center. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) When the opportunity becomes available, the defendant shall be transported to The Stephen Center to arrive there by 8:30 a.m.

4) The defendant, along with his counsel, will work to have any pending warrants withdrawn or satisfied.

5) The clerk shall promptly provide a copy of this order to the Marshal.

January 18, 2013               BY THE COURT:

                               *s/ Cheryl R. Zwart*
                               United States Magistrate Judge